**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

**U.S.A. vs. Yong Ni**                                        **Docket No. 26-20231-001**

**Petition for Action on Conditions of Pretrial Release**

     **COMES NOW** Isabella Miller, United States Pretrial Services Officer, presenting an official report upon the conduct of defendant, Yong Ni, who was placed under pretrial release supervision by United States Chief Magistrate Judge David R. Grand, sitting in the Court at Detroit, Michigan on April 23, 2026, under the following conditions:

1. Report as directed to Pretrial Services Agency.
2. Surrender any passport, enhanced identification, or international travel documents immediately to the supervising officer as directed.
3. Not obtain a passport, enhanced identification or other international travel documents.
4. Travel restricted to the Eastern District of Michigan.
5. Avoid all contact, directly or indirectly, including but not limited to: co-defendant; any person who is or may become a victim; witness in the investigation or prosecution.
6. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.
7. Surrender any Conceal Pistol License (CPL) to the supervising officer within 48 hours of release.
8. Submit to an initial drug screen and if negative, discontinue testing. If positive, submit to drug testing and treatment as directed by the Pretrial Services office or supervising officer.
9. Enroll all business locations in E-Verify within two business days and comply with all program requirements.
10. Fully comply with any inspections or audits by the Department of Homeland Security regarding employment authorization documents with or without prior notice.
11. No alienation of any real property without the approval of the Court.

The following court dates are set before the Court: Plea Cutoff/Final Pretrial Conference set for 10/13/2026 at 2:00 PM and Jury Trial set for 10/27/2026 at 8:30 AM before Your Honor.

An inquiry of NCIC/LEIN was conducted on May 18, 2026, which showed no new arrests, outstanding warrants, or discernible criminal activity.

Pretrial Services is requesting a bond modification to clarify one (1) condition proposed by the government, and adopted by the Court, at the time of the defendant's release. Only a portion of the wording of said condition is on the current Order Setting Conditions of Release. Assistant United States Attorney, Sean King, confirmed this was in fact the condition requested, and defense counsel William Swor does not have any objections to this amendment, despite stating he does not see any substantive difference between the two versions.

     **Respectfully presenting petition for action of court and for cause as follows**:

**PRAYING THE COURT WILL ORDER THE DEFENDANT'S BOND BE AMENDED TO REFLECT THE FOLLOWING MODIFICATION OF THE ALREADY EXISITING CONDITION:**

- Enroll both business locations in the Department of Homeland Security E-Verify system *and use that system for any new hire of employees.*

All other conditions remain in effect.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 18, 2026

Respectfully,

**/s/ Isabella Miller**

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: May 18, 2026

**THE COURT ORDERS:**


[   ]   No Action

[ X]   Modification of Pretrial Conditions as Requested

[   ]    Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[   ]   The Issuance of a Warrant [check one]

    [   ]   Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

    [   ]    Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[   ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[   ]   Other


ORDER OF COURT

Considered and ordered this ____19th____ day of __May__, 20 _26_ and ordered filed and made a part of the records in the above case.

s/Robert J. White
_____

United States District Judge

Robert J. White